CASE CLOSED

CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Ramada Worldwide Inc., f/k/a Ramada Franchise Systems, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHIVA CORPORATION, a Georgia Corporation; SHILPAN PATEL, an individual; NILESH PATEL, an individual; and PINAKIN PATEL, an individual,<br><br>Defendants. | Civil Action No. 11-cv-02889 (CCC)(JAD<br><br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Ramada Worldwide Inc., formerly known as Ramada Franchise Systems, Inc. ("RWI"), by its attorneys, Clyde & Co US LLP, seeking the entry of Final Judgment by Default against defendants, Shiva Corporation, Shilpan Patel, Nilesh Patel, and Pinakin Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on May 19, 2011, seeking damages as a result of the breach of a license agreement between RWI and Shiva Corporation, and service of a copy of the Summons and Complaint having been effectuated with respect to defendant Nilesh Patel by personally serving him in Tampa, Florida on June 24, 2011; and service of a copy of the Summons and Complaint having been effectuated with respect to defendants Shiva Corporation, Shilpan Patel, and Pinakin Patel by serving them via certified and regular mail on July 29, 2011; and

it appearing that default was duly noted by the Clerk of the Court against defendants Nilesh Patel and Pinakin Patel on August 26, 2011 for their failure to plead or otherwise defend in this action; and it appearing that default was duly noted by the Clerk of the Court against defendants Shiva Corporation and Shilpan Patel on October 25, 2011 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 28 day of February, 2012,

**ORDERED, ADJUDGED, AND DECREED** that RWI have judgment against Defendants, jointly and severally, in the total amount of $132,948.38, comprised of the following:

a) $28,569.14 for Recurring Fees (principal plus prejudgment interest); and

b) $98,128.00 for liquidated damages (principal plus prejudgment interest); and

c) $6,251.24 for attorneys' fees and costs.

_____
**CLAIRE C. CECCHI, U.S.D.J.**